UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

DAVID HARMON

No. 1: 25-cr-00020-SDN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession of Firearm by Prohibited Person—Felon)

On about October 15, 2024, in the District of Maine, the defendant,

**DAVID HARMON,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely:

- Burglary (October 22, 1997), Docket No. CARSC-CR-97-518, in Aroostook County Superior Court, judgment having entered on January 7, 1998;

- Burglary (March 27, 2000), Docket No. CARSC-CR-2000-222, in Aroostook County Superior Court, judgment having entered on December 1, 2000;

- Burglary (November 20, 2006), Docket No. CARSC-CR-2006-00613, in Aroostook County Superior Court, judgment having entered on October 16, 2008;

- Felon in Possession of a Firearm (February 16, 1999), Docket No. CARSC-CR-99-075, in Aroostook County Superior Court, judgment having entered on June 2, 1999; and

- Aggravated Assault (July 21, 2008), Docket No. HOUSC-CR-2008-00148, in Aroostook County Superior Court, judgment having entered on October 16, 2008;

knowingly possessed a firearm and ammunition, specifically, (1) a Harrington & Richardson 20 gauge shotgun with a sawed-off barrel and sawed-off stock bearing serial

number A323549, and (2) 20 gauge ammunition with the headstamp "20 GA FEDERAL." Both the firearm and ammunition were in and affecting interstate commerce.

The Grand Jury further alleges that, before the defendant committed the offense charged in this count, the defendant had at least three previous convictions qualifying under 18 U.S.C. § 924(e)(2) for offenses that were committed on occasions different from one another.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT TWO
(Possession of an Unregistered National Firearms Act Weapon)

On about October 15, 2024, in the District of Maine, the defendant,

**DAVID HARMON,**

knowingly possessed a firearm, namely a Harrington & Richardson 20 gauge shotgun bearing serial number A323549, a weapon with a barrel of less than 18 inches and an overall length of less than 26 inches, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5861(d), 5841, 5845(a), 5871.

## FORFEITURE NOTICE

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e) set forth in Count One of this Indictment, the defendant,

**DAVID HARMON,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United states Code, Section 2461(c), any firearm or ammunition

involved in or used in any knowing commission of the offense. The property to be forfeited includes but is not limited to: (1) a Harrington & Richardson 20 gauge shotgun with a sawed-off barrel and sawed-off stock bearing serial number A323549 and (2) four cartridges of 20 gauge ammunition with the headstamp "20 GA FEDERAL."

    2. If any of the property described in Paragraph 1 as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1.

    All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

12 Feb 2025

Date: 2/12/25

_Joel B. Casey_
Assistant United States Attorney